IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN PARKER                                                                    PLAINTIFF

v.                              No: 5:19-cv-00346 JM-PSH

TURNTINE, *et al.*                                                           DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 11), and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects

1. Parker's official capacity claims are dismissed without prejudice for failure to state claims upon which relief may be granted.

2. Parker's individual capacity claims will proceed.

Dated this 12th day of February, 2020.

_____
James M. Moody Jr.
United States District Judge