# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JOHN PARKER**                                                            **PLAINTIFF**

**v.**                       **Case No: 5:19-cv-00346 PSH**

**TURNTINE,** *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE